This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40020

**TEX MEX SERVICES LLC,
a New Mexico limited liability
corporation,**

Plaintiff-Appellee,

v.

**GONZALO GARCIA,**

Defendant-Appellant,

and

**GARCIA'S OILFIELD SERVICES &
RENTALS, LLC, a New Mexico
limited liability corporation,**

Plaintiff,

v.

**TEX MEX SERVICES, LLC, a New
Mexico limited liability corporation,**

Defendant.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY
Michael H. Stone, District Judge**

Kraft Law, LLP
Richard L. Kraft
Roswell, NM

for Appellee

Gonzalo Garcia
Hobbs, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**ATTREP, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**SHAMMARA H. HENDERSON, Judge**